**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **KRISTEN BEHRENS, ESQ.,** as Administratrix, et al.<br><br>     **v.**<br><br>**ARCONIC, INC.,** et al. | **CIVIL ACTION**<br><br>**NO. 19-2664** |

## <u>ORDER</u>

**AND NOW** this 2<u>nd</u> day of October, 2019, for the reasons stated in the foregoing

Memorandum, the position of the Arconic Defendants that they need not produce any discovery

at this time is REJECTED.

**IT IS ORDERED:**

1. The Arconic Defendants shall commence a meet and confer process with Plaintiffs' Counsel promptly.

   a. Plaintiffs and Arconic Defendants shall file either a joint report, or separate statements, concerning discovery within fourteen (14) days. In the event the Arconic Defendants are not willing to produce the same discovery as the other two Defendants, the Arconic Defendants shall state, with specificity, their reasons.

2. All parties shall file either a joint report, or separate statement, limited to ten pages, within 30 days as to the progress of discovery, and identifying any disputes.

3. Plaintiffs' Motion to Compel Discovery will be held under advisement. Following review of the above submissions, the Court will schedule a Telephonic or in Court conference concerning discovery.

**BY THIS COURT:**


<u>**Michael M. Baylson**</u>
**MICHAEL M. BAYLSON**
**United States District Court Judge**