# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTEN BEHRENS, ESQ.,** as Administratrix, et al.<br><br>v.<br><br>**ARCONIC, INC.,** et al. | **CIVIL ACTION**<br><br>**NO. 19-2664** |

## ORDER

**AND NOW**, this 20th day of February 2020, the attached Report by the Master and Expert will be deemed filed this date, and it is hereby **ORDERED** that, pursuant to Federal Rule of Civil Procedure 53, any comments on or objections to the Report must be filed within fourteen (14) days of this Order, limited to thirty (30) pages, double-spaced.

The Court will not at this time request translations, unless one or more parties request them. Counsel must submit requests for translations within fourteen (14) days of this Order, and the translations will likely be at the expense of the requesting party or parties.

**BY THIS COURT:**

**s/ Michael M. Baylson**

**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 19\19-2664 Behrens v Arconic\19cv2664 Order re Master, Expert Report.docx