# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KRISTEN BEHRENS, ESQ.,** as Administratrix, et al.<br><br>v.<br><br>**ARCONIC, INC.,** et al. | **CIVIL ACTION**<br><br>**NO. 19-2664** |

## ORDER

**AND NOW**, this  23rd  day of November, 2020, for the reasons stated in the foregoing Memorandum, Plaintiffs' Rule 59(e) is **DENIED.**

       **BY THIS COURT:**


         s/ Michael M. Baylson  
       **MICHAEL M. BAYLSON**
       **United States District Court Judge**

O:\CIVIL 19\19-2664 Behrens v Arconic\19cv2664 Order re Defendants' MTD for FNC

1