IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KRISTEN BEHRENS, ESQ., as Administratrix, et al.<br><br>*Plaintiffs*,<br><br>v.<br><br>ARCONIC, INC., et al.<br><br>*Defendants*. | Civil Action No. 19-2664 |

**AMENDED JOINT ORDER**

The parties jointly write in response to the Court's order, dated October 28, 2022, regarding the appropriate order to be entered on the docket in this case. The parties submit that the following order would be appropriate in light of the Third Circuit's opinion, *Behrens v. Arconic, Inc.*, No. 20-3606, 2022 WL 2593520 (3d Cir. July 8, 2022):

> It is hereby **ORDERED** that this case is dismissed without prejudice on the terms laid out in the Court's order dated September 16, 2020, Dkt No. 236, with the exception of paragraph 2(h) which shall be stricken from the order. For purposes of clarification, the timeline for the statute of limitations waiver contained in paragraph 2(a) of that order shall run from the entry of that order on September 16, 2020, and not from the date of this Order. The Clerk of Court shall close this case.

Dated: November 8, 2022

Respectfully submitted,

*/s/ Jason Murray*

Jason C. Murray (*Pro Hac Vice*)
BARTLIT BECK LLP
1801 Wewatta Street, Suite 1200
Denver, CO 80202
Telephone: (303) 592-3100
Facsimile: (303) 592-3140
jason.murray@bartlitbeck.com

Nancy Shane Rappaport
Joseph Kernen
Ilana H. Eisenstein
Timothy P. Pfenninger
DLA PIPER LLP (US)
1650 Market Street, Suite 5000
Philadelphia, PA 19103-7300
Telephone: (215) 656-3300
Facsimile: (215) 656-3301
nancy.rappaport@dlapiper.com
joseph.kernen@dlapiper.com
ilana.eisenstein@dlapiper.com
timothy.pfenninger@dlapiper.com

**Counsel for Defendant Arconic Inc. and Arconic Architectural Products LLC**

       */s/   Matthew E. Papez*

Matthew E. Papez (*Pro Hac Vice*)
JONES DAY
51 Louisiana Ave., N.W.
Washington, D.C.   20001
Telephone: (202) 879-3939
mpapez@jonesday.com

Leon F. DeJulius, Jr.
Stephen J. Pearson (*Pro Hac Vice*)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
 sjpearson@jonesday.com

Christopher Scott D'Angelo
MONTGOMERY McCRACKEN
WALKER & RHOADS LLP
1735 Market Street, 21st Floor
Philadelphia, PA 19103
Telephone: (215) 772-7397

**Counsel for Defendant Whirlpool Corporation**


      */s/  Jeffrey P. Goodman*

Robert J. Mongeluzzi
Jefffrey P. Goodman
Samuel B. Dordick
SALTZ MONGELUZZI
& BENDESKY P.C.
One Liberty Place
1650 Market Street, 52nd Floor
Philadelphia, PA 19103
Telephone: (215) 496-8282
rjmongeluzzi@smbb.com
jgoodman@smbb.com
sdordick@smbb.com

Mark A. DiCello
DICELLO LEVITT GUTZLER LLC
Western Reserve Law Building
7556 Mentor Avenue
Mentor, OH   44060
Telephone: (440) 953-8888
madicello@dicellolevitt.com

                                        Adam J. Levitt
                                        John E. Tangren
                                        DICELLO LEVITT GUTZLER LLC
                                        Ten North Dearborn Street, Eleventh Floor
                                        Chicago, IL   60602
                                        Telephone: (312) 214-7900
                                        alevitt@dicellolevitt.com
                                        jtangren@dicellolevitt.com

***Counsel for Plaintiffs***

**DATED: 11/9/2022**                         **APPROVED BY THE COURT:**

                                               **/s/ MICHAEL M. BAYLSON**

                                               **MICHAEL M. BAYLSON, U.S.D.J.**

**CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system. Any other counsel of record will be served by first class mail.

                                                          */s/ Jason C. Murray*
                                                          Jason C. Murray