IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BEHRENS *et al.*, | : |
| Plaintiffs, | : CIVIL ACTION |
| vs. | : Case No. 2:19-cv-2664 |
| Arconic Inc., *et al.* | : |
| Defendant. | : |

**CONSENT ORDER REGARDING MOTION TO INTERVENE AND UNSEAL**

This Consent Order is made with reference to the following facts:

1. On November 13, 2014, Rogan Productions, LTD ("Rogan") filed a Motion to Intervene and Unseal Judicial Records in this action (the "Motion to Unseal"). (ECF 262).

2. The Court set a deadline of December 20, 2024 for the filing of responses to the Motion to Unseal.

3. On December 17, 2024, the Court granted Arconic Architectural Products and Arconic Corporation (collectively "Arconic") an extension until January 10, 2025 to respond to the Motion to Unseal, which was later further extended until January 17, 2025.

4. Counsel for Arconic and Rogan then negotiated an agreement regarding which documents should be unsealed and which documents should remain under seal.

5. On January 17, 2025, counsel for Arconic advised the Court that the parties had reached an agreement regarding the Motion to Unseal, and the Court granted the parties permission to file a Consent Order by January 22, 2025.

In light of the parties' agreement, with the consent of Arconic and Rogan, IT IS HEREBY ORDERED:

a. Within seven (7) days of entry of this Order, Arconic will provide Rogan with unsealed and unredacted copies of each of the filings identified in **Appendix A** to this Consent Order and a copy of Plaintiffs' Brief in Opposition to Defendants' Motion to Dismiss for Forum Non Conveniens filed at ECF No. 210 that shall be unredacted from Pages 61-85 of the Brief *with the exception of:*

   i. the portion of reproduced document on Page 67 of the Brief which contains AAP's confidential commercial information; and

   ii. the previously redacted portions of pages 73-75 of the Brief which contain information pertaining to other defendants in this case.

b. The Stipulated Confidentiality Agreement and Protective Order entered by order of this Court on November 21, 2019 at ECF No. 89 shall remain in effect, and the documents currently under seal in this action, with the exception of those identified in Appendix A, shall remain under seal.

c. Nothing about the entry of this Consent Order shall constitute a waiver of any privilege or work product privilege that may otherwise apply to extent any exhibit identified in Appendix A.

d. Rogan Productions agrees not to file any subsequent Motion to Intervene or Motion to Unseal in this action.

SO ORDERED this   3rd   day of   February  , 2025

/s/ Michael M. Baylson
Hon. Michael M. Baylson
Senior United States District Judge

# Appendix A

| |
|---|
| ECF 154 |
| ECF 203 Exhibit A-14 |
| ECF 203 Exhibit A-15 |
| ECF 203 Exhibit A-16 |
| ECF 203 Exhibit A-18 |
| ECF 203 Exhibit A-19 |
| ECF 203 Exhibit A-20 |
| ECF 210 Exhibit 15 |
| ECF 210 Exhibit 16 |
| ECF 210 Exhibit 17 |
| ECF 210 Exhibit 19 |
| ECF 210 Exhibit 21 |
| ECF 210 Exhibit 23 |
| ECF 210 Exhibit 24 |
| ECF 210 Exhibit 25 |
| ECF 210 Exhibit 26 |
| ECF 210 Exhibit 27 |
| ECF 210 Exhibit 28 |
| ECF 210 Exhibit 29 |
| ECF 210 Exhibit 30 |
| ECF 210 Exhibit 31 |
| ECF 210 Exhibit 32 |

|  |  |
|---|---|
|  | ECF 210 Exhibit 34 |
|  | ECF 210 Exhibit 35 |
|  | ECF 210 Exhibit 37 |
|  | ECF 210 Exhibit 40 |
|  | ECF 210 Exhibit 42 |
|  | ECF 210 Exhibit 50 |
|  | ECF 210 Exhibit 51 |
|  | ECF 210 Exhibit 52 |
|  | ECF 210 Exhibit 54 |
|  | ECF 210 Exhibit 55 |
|  | ECF 210 Exhibit 56 |
|  | ECF 210 Exhibit 57 |
|  | ECF 210 Exhibit 60 |
|  | ECF 210 Exhibit 61 |
|  | ECF 210 Exhibit 62 |
|  | ECF 210 Exhibit 64 |
|  | ECF 210 Exhibit 65 |
|  | ECF 210 Exhibit 66 |
|  | ECF 210 Exhibit 67 |
|  | ECF 210 Exhibit 68 |
|  | ECF 210 Exhibit 69 |
|  | ECF 210 Exhibit 70 |
|  | ECF 210 Exhibit 71 |

| | |
|---|---|
| | ECF 210 Exhibit 72 |
| | ECF 210 Exhibit 75 |
| | ECF 210 Exhibit 76 |
| | ECF 210 Exhibit 78 |
| | ECF 210 Exhibit 80 |
| | ECF 210 Exhibit 81 |
| | ECF 210 Exhibit 86 |
| | ECF 210 Exhibit 91 |
| | ECF 210 Exhibit 94 |
| | ECF 226 Exhibit 2 |
| | ECF 226 Exhibit 4 |
| | ECF 226 Exhibit 8 |
| | ECF 226 Exhibit 21 |
| | ECF 226 Exhibit 22 |
| | ECF 226 Exhibit 23 |
| | ECF 226 Exhibit 24 |
| | ECF 226 Exhibit 25 |
| | ECF 226 Exhibit 31 |
| | ECF 226 Exhibit 32 |
| | ECF 226 Exhibit 33 |
| | ECF 226 Exhibit 34 |
| | ECF 226 Exhibit 35 |
| | ECF 226 Exhibit 36 |

| | |
|---|---|
| | ECF 229 Exhibit A-23 |
| | ECF 229 Exhibit A-25 |
| | ECF 229 Exhibit A-26 |
| | ECF 229 Exhibit A-27 |
| | ECF 229 Exhibit A-32 |
| | ECF 229 Exhibit A-33 |
| | ECF 229 Exhibit A-34 |
| | ECF 229 Exhibit A-35 |
| | ECF 229 Exhibit A-37 |
| | ECF 229 Exhibit A-40 |
| | ECF 229 Exhibit A-43 |
| | ECF 229 Exhibit A-45 |
| | ECF 229 Exhibit A-46 |
| | ECF 229 Exhibit A-48 |
| | ECF 231 Exhibit B |
| | ECF 231 Exhibit E |
| | ECF 231 Exhibit F |